UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-2-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| ALMUD MCHALE WILLIAMS | |

This matter having come before the Court on the motion of the Office of the Federal Public Defender to reconsider the Order of Detention Pending Trial and Request for a Hearing.

For good cause shown, it is hereby ORDERED that a hearing be set for May 1, 2017, at 10:00 a.m. at the United States Courthouse Annex in Greenville, North Carolina, to reconsider the defendant's detention.

IT IS SO ORDERED.

This 27th day of April 2017.

KIMBERLY A. SWANK
United States Magistrate Judge