UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-2-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER TO SEAL |
| | : | |
| V. | : | |
| | : | |
| ALMUD MCHALE WILLIAMS | : | |

Upon Government's Motion to Seal Docket Entry 35, Proposed Sealed Motion and Proposed Sealed Order, and good cause having been shown for such an Order, Docket Entry 35 is hereby sealed.

This the 13th day of July 2017.

MALCOLM J. HOWARD
Senior United Stated District Judge