IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-2-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALMUD MCHALE WILLIAMS | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 4, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), based upon the defendant agreeing to the forfeiture of the property listed in the December 4, 2017 Preliminary Order of Forfeiture, to wit:

(1) $1,703.00 in U. S. Currency;

(2) A Ruger Model Police Service Six, .357 caliber revolver with Serial Number 155-08372, and any accompanying ammunition; and

(3) A Rhom, Model RG10, .22 caliber revolver bearing Serial Number 1028994, and any accompanying ammunition;

AND WHEREAS, in accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as the property forfeited is worth less than $1,000. In addition, as no other potential claimants are known, no direct notice need be provided;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's December 4, 2017 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

AND WHEREAS, the Government has advised the Court that the subject $1,703.00 in U. S. currency is not in federal custody, and will not continue its efforts to pursue forfeiture as to this particular asset in this criminal forfeiture action.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the remaining property, the subject firearms and ammunition listed in the December 4, 2017 Preliminary Order of Forfeiture, are hereby forfeited to the United States. The United States Department of Justice is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 31st day of May 2018.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE